**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMERE GRIFFIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-14728 |
| | ) | |
| STARCON INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S DISCLOSURE STATEMENT**
**PURSUANT TO FED. R. CIV. P. 7.1(a)(2)**

Plaintiff Jamere Griffis ("Griffis"), by and through his undersigned counsel, submits the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1(a)(2):

1. This is an action in which jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a). (Compl. ¶ 6, Dkt. 1.)

2. Griffis is a natural person and does not sue as the legal representative of an estate, an infant, or an incompetent person within the meaning of 28 U.S.C. § 1332(c)(2).

4. Griffis resides in, is domiciled in, and is a citizen of the State of Indiana. (Compl. ¶ 3, Dkt. 1.)

Dated: November 25, 2026

Respectfully submitted,

JAMERE GRIFFIS

By: /s/ Anand C. Mathew
One of His Attorneys

Andrew R. Greene
M. Katherine Boychuk
Anand C. Mathew
ASG LAW FIRM, LLC
181 W. Madison St., Suite 4700
Chicago, IL 60602
(312) 274-2031
andy@asglawfirm.com
kay@asglawfirm.com
anand@asglawfirm.com

*Attorneys for Plaintiff Jamere Griffis*